# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRION LARRY ALEXANDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. YBARRA, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-00804-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>[ECF Nos. 3, 7, 8] |

Plaintiff Darrion Larry Alexander is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on June 14, 2017. On June 20, 2017, the Court directed Plaintiff to submit an application to proceed in forma pauperis or pay the $500 filing fee.

On August 16, 2017, the Court granted Plaintiff thirty days to submit an application to proceed in forma paueris or pay the filing fee. Plaintiff has not responded to the Court's order and the time to do so has passed. Accordingly, it is HEREBY ORDERED that within twenty-one (21) days from the date of service of this order, Plaintiff shall show cause in writing why the action should not be dismiss or submit an application to proceed in forma pauperis or pay the $500 filing fee. The failure to comply with this order will result in dismissal of the action, without prejudice.

IT IS SO ORDERED.

Dated: **September 25, 2017**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1